## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ALVIN JAMES SHANNON**                                         **CIVIL ACTION**

**versus**                                                                    **NO. 14-1216**

**JERRY GOODWIN**                                              **SECTION: "A" (1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Alvin James Shannon is **DISMISSED WITH PREJUDICE**.

October 14, 2015

_____
UNITED STATES DISTRICT JUDGE